```
 1  TOMIO B. NARITA (SBN 156576)
    JEFFREY A. TOPOR (SBN 195545)
 2  SIMMONDS & NARITA LLP
    44 Montgomery Street, Suite 3010
 3  San Francisco, CA 94104-4816
    Telephone: (415) 283-1000
 4  Facsimile:  (415) 352-2625
    tnarita@snllp.com
 5  jtopor@snllp.com

 6  Attorneys for Defendants
    Kenosian & Miele, LLP and
 7  Kenneth John Miele

 8

 9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  MANUEL LOPEZ REYES,         )  CASE NO.: C07 00253 MJJ
                                )
13           Plaintiff,         )
                                )
14                              )  STIPULATION AND [PROPOSED]
                                )  ORDER RESCHEDULING HEARING
15       vs.                    )  ON MOTION FOR JUDGEMENT ON
                                )  THE PLEADINGS
16  KENOSIAN & MIELE, LLP, a    )
    California limited liability partnership,
17  and KENNETH JOHN MIELE,     )
    individually and in his official
18  capacity,                   )
                                )
19           Defendants.        )
                                )
20                              )

21

22

23

24

25

26

27

28
```

REYES V. KENOSIAN & MIELE ET AL. (CASE NO. C07 00253 MJJ)
STIPULATION AND [PROPOSED] ORDER

1  Plaintiff Manual Lopez Reyes and Defendants Kenosian & Miele, LLP and
2  Kenneth John Miele ("Defendants"), by and through their counsel of record, hereby
3  stipulate and agree as follows:
4  WHEREAS, on April 17, 2007, at the initial Case Management Conference,
5  this Court set a telephonic status conference for July 31, 2007 at 2:00 p.m.; and,
6  WHEREAS, on May 23, 2007, Defendants filed a motion for judgment on the
7  pleadings, with a hearing date of July 17, 2007; and,
8  WHEREAS, on June 5, 2007, the court in *More v. Brachfeld & Assocs., et al.*,
9  Case No. 06cv2664 WQH (AJB) (S.D. Cal.), in which Defendants' counsel is
10 counsel of record, set a mandatory settlement conference in San Diego for July 31,
11 2007 at 10:00 a.m.; and,
12 WHEREAS on June 14, 2007, the court in *Bellows v. Accounts Receivables
13 Management, Inc.*, Case No. 07cv0758 BEN (CAB) (S.D. Cal.), in which
14 Defendants' counsel is counsel of record, set an Early Neutral Evaluation Conference
15 in San Diego for July 31, 2007 at 2:00 p.m.; and,
16 WHEREAS on June 26, 2007, this Court *sua sponte* continued the hearing on
17 Defendants' pending motion for judgment on the pleadings from July 17, 2007 to
18 July 31, 2007 at 9:30 a.m.; and,
19 WHEREAS Defendants' counsel of record, Tomio Narita, will be unavailable
20 on July 31, 2007 to attend the continued hearing on the Defendants' motion, because
21 he will be in San Diego for the *More v. Brachfeld & Assocs.* and *Bellows v. Accounts
22 Receivables Management, Inc.* cases; and,
23 WHEREAS Defendants' other counsel of record, Jeffrey Topor, will be
24 unavailable on July 31, 2007 to attend the continued hearing, because he will be in
25 Chicago from July 25, 2007 through August 1, 2007, attending a professional
26 conference and on a family vacation, for which he made his travel arrangements on
27 May 21, 2007. While Mr. Topor could have participated in the telephonic status
28 conference originally scheduled for July 31, 2007, from Chicago, he cannot appear

1  for the continued hearing on Defendants' motion without disrupting his travel plans
2  and incurring substantial additional travel expenses; and,
3       WHEREAS Defendants' counsel and Plaintiff's counsel are available to attend
4  a hearing on Defendants' motion at 9:30 a.m. on August 7, 2007;
5       THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the
6  hearing for the Defendant's Motion for Judgement on the Pleadings shall be
7  continued to August 7, 2007 at 9:30 a.m. before this Court.
8
9  SO STIPULATED.
10
11 DATED: June 28, 2007                SIMMONDS & NARITA LLP
                                        TOMIO B. NARITA
12                                      JEFFREY A. TOPOR
13
                              By: _____
14                                      Jeffrey A. Topor
                                        Attorneys for Defendants
15
16 DATED: June 28, 2007                CONSUMER LAW CENTER, INC.
                                        FRED W. SCHWINN
17
18
                              By: _____
19                                      Fred W. Schwinn
                                        Attorney for Plaintiff
20
21              **ORDER**
22       Having reviewed the stipulation of the parties, and good cause appearing, the
23 Court hereby ORDERS the hearing for the Defendants' Motion for Judgement on the
24 Pleadings continued to August 7, 2007 at 9:30 a.m.
25
26 DATED: 6/29/2007            By: _____
27                                      Judge of the U.S. District Court
28