IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPEZ REYES, | No. C07-00253 MJJ |
| Plaintiff, | **ORDER REQUIRING EXPEDITED LETTER BRIEF AND SETTING STATUS CONFERENCE** |
| v. | |
| KENOSIAN & MILE, LLP, ET AL, | |
| Defendant. | |

    Before the Court are three discovery-related motions brought by Plaintiff: (1) Motion to Compel Impact Information Service to Comply with Subpoena (Docket No. 52); (2) Motion to Compel further Depositions and Production of Documents, Motion For Extension of Discovery Cutoff and Motion for Continuance of Case Management Deadlines (Docket No. 55); and (3) Motion for Order Regarding Deposition Protocol (Docket No. 60). The first two Motions are noticed for hearing on October 16, 2007. The third Motion is noticed for hearing on October 23, 2007. The discovery cut-off date in this matter is September 30, 2007. (Pretrial Minutes, Docket No. 19.)

//
//
//
//

The Court finds that the discovery and scheduling matters raised by these Motions require expedited attention. The Court, therefore, **ORDERS** Defendants to file, no later than September 20, 2007, a statement of Defendants' position regarding these Motions. Defendant's brief shall be no longer than four pages in length. The Court further **ORDERS** the parties to appear for a joint telephonic status conference on Friday, September 21, 2007 at 11 a.m. Plaintiff is ordered to initiate the joint conference call with counsel and thereafter call (415) 522-4141.

**IT IS SO ORDERED.**

Dated: September 19, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE