1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendants
   Kenosian & Miele, LLP and
7  Kenneth John Miele

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  MANUEL LOPEZ REYES,              ) CASE NO.: C07 00253 MJJ
                                     )
13                                   ) ~~[PROPOSED]~~ **ORDER RE
           Plaintiff,                ) PLAINTIFF'S DISCOVERY
14                                   ) MOTIONS**
                                     )
15         vs.                       ) Date: September 21, 2007
                                     ) Time: 11:00 a.m.
16  KENOSIAN & MIELE, LLP, a         )
    California limited liability partnership, ) The Honorable Martin J. Jenkins
17  and KENNETH JOHN MIELE,          )
    individually and in his official )
18  capacity,                        )
                                     )
19         Defendants.               )
                                     )
20  _____ )

21

22

23

24

25

26

27

28

The following motions of Plaintiff Manuel Lopez Reyes came on for telephonic hearing at 11:00 a.m. on September 21, 2007 before this Court:

(1) Motion to Compel Impact Information Service to Comply with Subpoena:

(2) Motion to Compel further Depositions and Production of Documents, Motion for Extension of Discovery Cutoff and Motion for Continuance of Case Management Deadlines; and,

(3) Motion for Order Regarding Deposition Protocol.

Fred Schwinn appeared for Plaintiff, and Tomio B. Narita appeared for Defendants Kenosian & Miele, LLP and Kenneth John Miele. After consideration of the briefs and arguments of counsel, and all other matters presented to the Court, and good cause appearing, the Court issues the following ORDER:

The Motions for Order Regarding Deposition Protocol, for Extension of Discovery Cutoff and for Continuance of Case Management Deadlines are DENIED.

Based on (1) the scope of the claims as pled in the current complaint; (2) the Defendants' withdrawal of their affirmative defenses of bona fide error, supervening cause, equitable indemnity and apportionment; and (3) Plaintiff's concessions at the hearing (made in light Defendants' withdrawal of the affirmative defenses identified in this paragraph), the Court QUASHES the subpoena issued to Information Impact Service, DENIES the Motion to Compel further Depositions of Kenneth John Miele and Arash A. Khakshooy, and DENIES the Motion to Compel Production of Documents in part, as follows. Specifically, Plaintiff's Motion to Compel Production of Documents identified during the deposition of Kenneth John Miele is DENIED. As to Plaintiff's Motion to Compel Production of unredacted versions of documents labeled MK 0280-0308 and JM0310-0314, Defendants are ordered to review those documents and determine whether they will produce them in unredacted form, no later than September 25, 2007. Should Defendants decide not to produce

the documents in unredacted form, they shall provide Plaintiff with a privilege log setting forth the specific basis of the privilege claimed as to each document.

Absent further order of the Court, Defendants' Motion for Judgment on the Pleadings and Plaintiff's Motion for Leave to File First Amended Complaint remain on calendar for October 16, 2007 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 09/28/07



United States District Court
Judge Martin J. Jenkins