TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Kenosian & Miele, LLP and
Kenneth John Miele

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPEZ REYES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KENOSIAN & MIELE, LLP, a California limited liability partnership, and KENNETH JOHN MIELE, individually and in his official capacity,<br><br>　　　　　Defendants. | CASE NO.: C 07 00253 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>The Honorable Martin J. Jenkins |

1     WHEREAS the Court set this matter for a settlement conference on January 14, 2008 at 10:00 a.m.; and

    WHEREAS the parties filed cross-motions for summary judgment which were heard by the Court on December 11, 2007; and

    WHEREAS the parties have agreed that settlement negotiations would be more productive after the Court rules on their motions for summary judgment;

    THEREFORE, IT IS HEREBY STIPULATED between the parties to request that the settlement conference be continued until forty-five (45) days after the decision on the motions for summary judgment.

DATED: January 3, 2008     CONSUMER LAW CENTER
                                       FRED W. SCHWINN

                                       By:   /Fred W. Schwinn/
                                                Fred W. Schwinn
                                                Attorney for plaintiff
                                                Manuel Lopez Reyes

DATED: January 3, 2008     SIMMONDS & NARITA LLP
                                        TOMIO B. NARITA
                                        JEFFREY A. TOPOR

                                       By:   /Tomio Narita/
                                                Tomio B. Narita
                                                Attorneys for Defendants
                                                Kenosian & Miele, LLP and
                                                Kenneth John Miele

# ~~PROPOSED~~ ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the settlement conference originally set for January 14, 2008 is taken off calendar. The parties shall have until forty-five (45) days after the issuance of orders on their motions for summary judgment to complete a settlement conference.

**IT IS SO ORDERED.**

DATED: January 7, 2008 , ~~2007~~   */s/ Martin J. Jenkins*
The Honorable Martin J. Jenkins
United States District Court Judge

---

REYES V. KENOSIAN & MIELE ET AL. (CASE NO. C 07 00253 MJJ)
STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE        2.