TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendants
Kenosian & Miele, LLP and
Kenneth John Miele

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL LOPEZ REYES, | CASE NO.: C 07 00253 MJJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING PRE-TRIAL CONFERENCE DATE AND TRIAL DATE** |
| vs. | |
| KENOSIAN & MIELE, LLP, a California limited liability partnership, and KENNETH JOHN MIELE, individually and in his official capacity, | The Honorable Martin J. Jenkins |
| Defendants. | |

| | |
|---|---|
| 1 | WHEREAS pursuant to its Order dated April 19, 2007, the Court set this |
| 2 | matter for a pre-trial conference on February 12, 2008 at 3:30 p.m., and set it for |
| 3 | trial on February 25, 2008; and |

     WHEREAS pursuant to its Order dated April 19, 2007, the Court set this matter for a pre-trial conference on February 12, 2008 at 3:30 p.m., and set it for trial on February 25, 2008; and

     WHEREAS the parties' pre-trial statements and joint set of proposed jury instructions are therefore due on January 23, 2008; and

     WHEREAS the parties filed cross-motions for summary judgment which were heard by the Court on December 11, 2007; and

     WHEREAS the parties' summary judgment motions remain under submission; and

     WHEREAS the parties believe that it would be an efficient use of the resources of the parties and the court if the pre-trial deadlines and trial date in this matter were continued, so that the parties may consider the Court's ruling on their motions for summary judgment in connection with their pretrial filings;

     THEREFORE, IT IS HEREBY STIPULATED between the parties to request that the pre-trial conference and trial of this matter be vacated, and that the Court set new dates after its ruling on the parties' motions.

DATED: January 10, 2008    CONSUMER LAW CENTER
                                      FRED W. SCHWINN

                                      By:   /Fred W. Schwinn/
                                                  Fred W. Schwinn
                                                  Attorney for plaintiff
                                                  Manuel Lopez Reyes

DATED: January 10, 2008    SIMMONDS & NARITA LLP
                                      TOMIO B. NARITA
                                      JEFFREY A. TOPOR

                                      By:   /Tomio Narita/
                                                  Tomio B. Narita
                                                  Attorneys for defendants
                                                  Kenosian & Miele, LLP and
                                                  Kenneth John Miele

# ~~PROPOSE~~D ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED THAT the pre-trial conference in this matter, originally set for February 12, 2008, and the trial date of February 25, 2008, are hereby VACATED. ~~The Court will establish a new pre-trial conference date and a new trial date after it issues a ruling on the parties' motions for summary~~

New dates will be set at a Status Conference scheduled for March 25, 2008 at 2:00 p.m. A joint status conference statement is due from the parties at least ten days prior to the conference.

**IT IS SO ORDERED.**

DATED: January 17, 2008

_____
The Honorable Martin J. Jenkins
United States District Court Judge