1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   MANUEL LOPEZ REYES

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL LOPEZ REYES,<br><br>Plaintiff,<br><br>v.<br><br>KENOSIAN & MIELE, LLP, a California limited liability partnership, and KENNETH JOHN MIELE, individually and in his official capacity,<br><br>Defendants. | Case No. C07-00253-MJJ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Plaintiff, MANUEL LOPEZ REYES, and Defendants, KENOSIAN & MIELE, LLP and KENNETH JOHN MIELE, hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All parties to bear their own costs and attorneys fees.

Dated: January 25, 2008   /s/ Fred W. Schwinn
                          Fred W. Schwinn, Esq.
                          Attorney for Plaintiff
                          MANUEL LOPEZ REYES

Dated: January 25, 2008   /s/ Tomio B. Narita
                          Tomio B. Narita, Esq.
                          Attorney for Defendants
                          KENOSIAN & MIELE, LLP, and
                          KENNETH JOHN MIELE

1  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
2
3  Dated:  1/29/2008                          _____
                                              The Honorable Martin J. Jenkins
4                                             Judge of the District Court
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28